UNITED STATES DISTRICT COURT

Northern District of California

LENDER FINANCIAL GROUP

                Plaintiff(s),

   v.

JISSEL PALOMARES, et al.

                Defendant(s).
_____/

No. C 10-1612 MEJ

**ORDER DIRECTING DEFENDANTS TO FILE CONSENT/DECLINATION FORM**

     Pending before the Court are Defendants Jissel Palomares and Jose Garcia's in forma pauperis applications. Upon review of the record in this action, the Court notes that Defendants have not filed a written consent to Magistrate Judge James' jurisdiction. This civil case was randomly assigned to Magistrate Judge James for all purposes including trial. In accordance with 28 U.S.C. § 636(c), the magistrate judges of this district court are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by Magistrate Judge James may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

     You have the right to have your case assigned to a United States District Judge for trial and disposition. Accordingly, Defendants shall inform the Court, by way of the enclosed form, whether they consent to Magistrate Judge James' jurisdiction or request reassignment to a United States District Judge for trial. The consent/declination form shall be filed by than May 13, 2010.

**IT IS SO ORDERED.**

Dated: April 22, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LENDER FINANCIAL GROUP                               No. C 10-01612 MEJ

        Plaintiff(s),

  vs.

JISSEL PALOMARES, et al.

        Defendant(s).
                               /

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of final judgment, and voluntarily waives the right to proceed before a United States District Judge.

Dated:_____          Signed by:_____

                                                 Counsel for:_____

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition, and hereby requests the reassignment of this case to a United States District Judge.

Dated:_____          Signed by:_____

                                                 Counsel for:_____

2

UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENDER FINANCIAL GROUP | Case Number: 10-01612 MEJ |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| JISSEL PALOMARES | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 22, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jissel Palomares
237 Karrny Street, #191
San Francisco, CA 94108

Jose Garcia
3344 Zaccaria Way
Stockton, CA 95212

Dated: April 22, 2010

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

3