JAMES D. STRUCK State Bar No. 94544
**THE STRUCK FIRM**
125 McHenry Avenue
Modesto, CA 95354
Telephone: (209) 574-1440
Facsimile: (209) 574-1444

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| LENDERS FINANCIAL GROUP LLC, a California Limited Liability Company,<br><br>*Plaintiff,*<br><br>-vs-<br><br>JISSEL PALOMARES and JOSE GARCIA,<br><br>*Defendants.* | CASE NO: CV 10-01612 MEJ<br><br>[PROPOSED] ORDER ~~GRANTING~~ DENYING EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING |

After consideration of Plaintiff's Ex Parte Application for an Order Shortening Time for the Hearing on Plaintiff's Motion to Remand, and ~~good cause appearing,~~ Plaintiff's motion is DENIED. Given that Defendants appear unrepresented and have provided no telephone number, a shortened briefing and hearing is potentially prejudicial.

~~IT IS ORDERED that time is shortened so that Plaintiff's Motion for Remand shall be heard on May ___, 2010 at 10:00 a.m. in Courtroom B of the above-entitled Court.~~

DATED: April 29, 2010

_____
UNITED STATES DISTRICT JUDGE

[DENIED stamp - Judge Maria-Elena James]

[PROPOSED] ORDER GRANTING ORDER SHORTENING TIME                                                1