UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| LENDER FINANCIAL GROUP, LLC,<br><br>              Plaintiff,<br>  v.<br>JISSEL PALOMARES and JOSE GARCIA,<br><br>              Defendants.<br>_____/ | No. C 10-1612 MEJ<br><br>**ORDER TO SHOW CAUSE**<br><br>**ORDER VACATING HEARING RE: MOTION TO REMAND (DKT #11)** |

On April 15, 2010, Defendants Jissel Palomares and Jose Garcia removed the above-captioned matter from the San Joaquin Superior Court, based on diversity jurisdiction under 28 U.S.C. §1332. (Dkt. #1.) However, in their Notice of Removal, both defendants state that they reside in California. (Dkt. #1 2:22-28.) As Plaintiff Lender Financial Group, LLC is also a resident of California, (Compl. ¶1, Ex. A, Dkt. #1), there appears to be no basis for diversity jurisdiction. Accordingly, the Court hereby ORDERS Defendants Jissel Palomares and Jose Garcia to show cause why this case should not be remanded to the San Joaquin Superior Court for lack of jurisdiction. Defendants shall file a declaration by May 20, 2010, and the Court shall conduct a hearing on May 27, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The hearing on Plaintiff's Motion to Remand is VACATED. (Dkt. #11.)

**IT IS SO ORDERED.**

Dated: May 4, 2010

                                                                            _____<br>                                                                            Maria-Elena James<br>                                                                           Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LENDER FINANCIAL GROUP,

        Plaintiff,

  v.

JISSEL PALOMARES et al,

        Defendant.

Case Number: CV10-01612 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 4, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jissel Palomares
237 Kearny Street, #191
San Francisco, CA 94108

Jose Garcia
3344 Zaccaria Way
Stockton, CA 95212

Dated: May 4, 2010

                                      Richard W. Wieking, Clerk
                                      By: Brenda Tolbert, Deputy Clerk