1  JAMES D. STRUCK State Bar No. 94544
   THE STRUCK FIRM
2  125 McHenry Avenue
   Modesto, CA 95354
3  Telephone:   (209) 574-1440
   Facsimile:   (209) 574-1444
4

5  Attorneys for Plaintiff

6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9                     Oakland Division

10 | LENDERS FINANCIAL GROUP LLC,         | CASE NO:   CV 4:10-01612 CW
   | a California Limited Liability Company, |                    DENYING
11 |                                       | [PROPOSED] ORDER ~~GRANTING~~
   |                                       | EX PARTE APPLICATION FOR
12 |              *Plaintiff,*             | ORDER SHORTENING TIME FOR
   |                                       | HEARING
13 |
   | -vs-
14 |
   | JISSEL PALOMARES and JOSE
15 | GARCIA,
   |
16 |              *Defendants.*

17

18      After consideration of Plaintiff's Ex Parte Application for an Order

19 Shortening Time for the Hearing on Plaintiff's Motion to Remand, and good cause

20 appearing,  it is denied as moot.

21      ~~IT IS ORDERED that time is shortened so that Plaintiff's Motion for~~

22 ~~Remand shall be heard on _____, 2010 at 2:00 p.m. in Courtroom 2 of~~

23 ~~the above-entitled Court.~~

24 DATED: 5/27/2010

25                                              _____
                                                UNITED STATES DISTRICT JUDGE
26

27

28

---

[PROPOSED] ORDER GRANTING ORDER SHORTENING TIME                              1